UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br> Plaintiff, <br> v. <br> JPP ENTERPRISE, CORP., et al., <br> Defendants. | Case No. 18-cv-00251-SK <br><br> **CONDITIONAL DISMISSAL** <br><br> Regarding Docket No. 13 |

The Court is advised that the parties have reached a settlement of this case and that Plaintiff expects to file a dismissal shortly after June 15, 2018. Therefore, **IT IS HEREBY ORDERED** that this action is dismissed **without prejudice**; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be **with prejudice**.

**IT IS SO ORDERED**.

Dated: May 3, 2018

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge